UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

CAPITAL VENTURES INTERNATIONAL,

                Plaintiff,

- against -

THE REPUBLIC OF ARGENTINA,

                Defendant.

------------------------------------------------x

NML CAPITAL, LTD.,

                Plaintiff,

- against -

THE REPUBLIC OF ARGENTINA,

                Defendant.

------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/09

05 Civ. 4085 (TPG)
06 Civ. 207 (TPG)

**ORDER**

03 Civ. 8845 (TPG)

    For the reasons stated on the record, the motion of plaintiff Capital Ventures International to compel discovery from the Republic concerning any possible exchange offer and the motion of plaintiff NML Capital to compel discovery from Barclays Bank, Citigroup, and Deutsche Bank AG are denied.

    SO ORDERED.

Dated: New York, New York
         November 6, 2009

                                          Thomas P. Griesa
                                          U.S.D.J.