UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NML CAPITAL, LTD., | : 03 Civ. 8845 (TPG) |
| | : 05 Civ. 2434 (TPG) |
| | : 06 Civ. 6466 (TPG) |
| Plaintiff, | : 07 Civ. 1910 (TPG) |
| | : 07 Civ. 2690 (TPG) |
| v. | : 07 Civ. 6563 (TPG) |
| | : 08 Civ. 2541 (TPG) |
| THE REPUBLIC OF ARGENTINA, | : 08 Civ. 3302 (TPG) |
| | : 08 Civ. 6978 (TPG) |
| | : 09 Civ. 1707 (TPG) |
| Defendant. | : 09 Civ. 1708 (TPG) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EM LTD.,

    Plaintiff,

v.

                                                       03 Civ. 2507 (TPG)

THE REPUBLIC OF ARGENTINA,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record for nonparties Jaime Caruana and the Bank for International Settlements in the above-captioned proceedings and requests that all subsequent papers be served upon her at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
October 21, 2010

                Respectfully submitted,

                DAVIS POLK & WARDWELL LLP

                By:  /s/ Karen E. Wagner
                      Karen E. Wagner

                      450 Lexington Avenue
                      New York, New York 10017
                      Telephone: (212) 450-4000
                      Facsimile: (212) 701-5800
                      E-mail: karen.wagner@davispolk.com

                      *Counsel to Nonparties Jaime Caruana and the Bank for International Settlements*