UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NML CAPITAL, LTD., | : 03 Civ. 8845 (TPG) |
| | : 05 Civ. 2434 (TPG) |
| | : 06 Civ. 6466 (TPG) |
| Plaintiff, | : 07 Civ. 1910 (TPG) |
| | : 07 Civ. 2690 (TPG) |
| v. | : 07 Civ. 6563 (TPG) |
| | : 08 Civ. 2541 (TPG) |
| THE REPUBLIC OF ARGENTINA, | : 08 Civ. 3302 (TPG) |
| | : 08 Civ. 6978 (TPG) |
| | : 09 Civ. 1707 (TPG) |
| Defendant. | : 09 Civ. 1708 (TPG) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EM LTD.,

    Plaintiff,

v.                                         03 Civ. 2507 (TPG)

THE REPUBLIC OF ARGENTINA,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record for nonparties Jaime Caruana and the Bank for International Settlements in the above-captioned proceedings and requests that all subsequent papers be served upon her at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
October 21, 2010

        Respectfully submitted,

        DAVIS POLK & WARDWELL LLP

        By:  /s/ Jennifer G. Newstead
             Jennifer G. Newstead

             450 Lexington Avenue
             New York, New York 10017
             Telephone:  (212) 450-4000
             Facsimile:  (212) 701-5800
             E-mail: jennifer.newstead@davispolk.com

             *Counsel to Nonparties Jaime Caruana and the*
             *Bank for International Settlements*