UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NML CAPITAL, LTD., | : 03 Civ. 8845 (TPG) |
| | : 05 Civ. 2434 (TPG) |
| | : 06 Civ. 6466 (TPG) |
| Plaintiff, | : 07 Civ. 1910 (TPG) |
| | : 07 Civ. 2690 (TPG) |
| v. | : 07 Civ. 6563 (TPG) |
| | : 08 Civ. 2541 (TPG) |
| THE REPUBLIC OF ARGENTINA, | : 08 Civ. 3302 (TPG) |
| | : 08 Civ. 6978 (TPG) |
| | : 09 Civ. 1707 (TPG) |
| Defendant. | : 09 Civ. 1708 (TPG) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EM LTD.,

    Plaintiff,

v.                                    03 Civ. 2507 (TPG)

THE REPUBLIC OF ARGENTINA,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for nonparties Jaime Caruana and the Bank for International Settlements in the above-captioned proceedings and requests that all subsequent papers be served upon him at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
October 21, 2010

                        Respectfully submitted,

                        DAVIS POLK & WARDWELL LLP

                        By:   /s/ James L. Kerr
                               James L. Kerr

                               450 Lexington Avenue
                               New York, New York 10017
                               Telephone:  (212) 450-4000
                               Facsimile:  (212) 701-5800
                               E-mail: james.kerr@davispolk.com

                               *Counsel to Nonparties Jaime Caruana and the*
                               *Bank for International Settlements*