UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NML CAPITAL, LTD., | : 03 Civ. 8845 (TPG) |
| | : 05 Civ. 2434 (TPG) |
| | : 06 Civ. 6466 (TPG) |
| Plaintiff, | : 07 Civ. 1910 (TPG) |
| | : 07 Civ. 2690 (TPG) |
| v. | : 07 Civ. 6563 (TPG) |
| | : 08 Civ. 2541 (TPG) |
| | : 08 Civ. 3302 (TPG) |
| THE REPUBLIC OF ARGENTINA, | : 08 Civ. 6978 (TPG) |
| | : 09 Civ. 1707 (TPG) |
| Defendant. | : 09 Civ. 1708 (TPG) |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
EM LTD.,                                                      :
                                                              :
                                                              :
        Plaintiff,                                            :
                                                              :
                                                              : 03 Civ. 2507 (TPG)
v.                                                            :
                                                              :
                                                              :
THE REPUBLIC OF ARGENTINA,                                    :
                                                              :
        Defendant.                                           :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DISCLOSURE OF INTERESTED PERSONS PURSUANT TO
### RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Bank for

International Settlements states that that it does not have a parent corporation or and no

publicly held corporation owns 10% or more of its stock.

Dated:   New York, New York
         October 21, 2010

DAVIS POLK & WARDWELL LLP

By:   /s/ Karen E. Wagner
      Karen E. Wagner
      Jennifer G. Newstead
      James L. Kerr

      450 Lexington Avenue
      New York, New York  10017
      Telephone: (212) 450-4000
      Facsimile: (212) 701-5800

      *Counsel to Nonparties Jaime
      Caruana and the Bank for
      International Settlements*