

**Dechert**
LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/10
```

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**DENNIS H. HRANITZKY**

dennis.hranitzky@dechert.com
+1 212 641 5647  Direct
+1 212 698 3599  Fax

**MEMO ENDORSED**

October 25, 2010



RECEIVED OCT 26 2010 CHAMBERS OF JUDGE GRIESA

**VIA HAND DELIVERY**

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1630
New York, NY 10007-1312

Re: *NML Capital, Ltd. v. The Republic of Argentina*, 03 Civ. 8845, 05 Civ. 2434, 06 Civ. 6466, 07 Civ. 1910, 07 Civ. 2690, 07 Civ. 6563, 08 Civ. 2541, 08 Civ. 3302, 08 Civ. 6978, 09 Civ. 1707, 09 Civ. 1708 (TPG); *EM Ltd. v. The Republic of Argentina*, 03 Civ. 2507 (TPG).

Dear Judge Griesa:

On behalf of Plaintiff NML Capital, Ltd ("NML"), all other parties to the above caption actions, and non-parties the Bank for International Settlements and Jaime Caruana, I write to request that the Court endorse the following, agreed briefing schedule for the non-parties' October 21, 2010 Motion to Quash the Subpoena Served on Jaime Caruana (the "Motion"):

> November 19, 2010: Plaintiffs memorandum in opposition to Motion, and any supporting papers (otherwise due October 28, 2010);

> December 10, 2010: Non-parties' reply memorandum in support of Motion, and any supporting papers (otherwise due November 1, 2010).

This is the first extension of time requested in connection with the Motion.

Respectfully submitted,

Dennis H. Hranitzky

Approved
Thomas P. Griesa
USDJ
10/26/10

cc:  Carmine D. Boccuzzi, Esq. (via email)
     David W. Rivkin, Esq. (via email)
     Karen E. Wagner, Esq. (via email)

13917238.1.LITIGATION

US  Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
EUROPE  Brussels  London  Luxembourg  Moscow  Munich  Paris  ASIA  Beijing  Hong Kong