UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
NML CAPITAL, LTD.,

                Plaintiff,

              - against -

THE REPUBLIC OF ARGENTINA,

                Defendant.
-------------------------------------------------------------------- X

03 Civ. 8845 (TPG)

**NOTICE OF APPEAL**

FILED U.S. DC
OCT 2 9 2010
S.D. OF N.Y.

Notice is hereby given that the Republic of Argentina, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit the order and opinion of the District Court dated September 30, 2010, as well as the underlying restraining order of the District Court dated September 12, 2008, the order and opinion of the District Court dated September 30, 2009 and the writ of execution dated October 1, 2009, to the extent they relate to the account held at Banco de la Nación Argentina on behalf of the Agencia Nacional de Promoción Científica y Tecnológica.

Dated: New York, New York
       October 29, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Jonathan I. Blackman (jblackman@cgsh.com)
Carmine D. Boccuzzi (cboccuzzi@cgsh.com)
Christopher P. Moore (cmoore@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for the Republic of Argentina