```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/10
```



**MARK S. SULLIVAN**
(212) 415-9245
sullivan.mark@dorsey.com

**MEMO ENDORSED**



RECEIVED NOV - 5 2010 CHAMBERS OF JUDGE GRIESA

November 4, 2010

**VIA OVERNIGHT DELIVERY**

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007-1312

    Re:    *NML Capital, Ltd. v. The Republic of Argentina*, 03 Civ. 8845, 05 Civ. 2434, 06 Civ. 6466, 07 Civ. 1910, 07 Civ. 2690, 07 Civ. 6563, 08 Civ. 2541, 08 Civ. 3302, 08 Civ. 6978, 09 Civ. 1707, 09 Civ. 1708 (TPG)

Dear Judge Griesa:

    We represent non-party Banco de la Nación Argentina ("BNA") and write on behalf of all parties to the above caption actions to request that the Court endorse the following, agreed briefing schedule for the November 1, 2010 Motion to Compel BNA to Produce Documents in Compliance with Subpoena (the "Motion") filed by Plaintiff NML Capital, Ltd:

    December 1, 2010: BNA's memorandum in opposition to Motion, and any supporting papers;

    December 15, 2010: Plaintiff's reply memorandum in support of Motion, and any supporting papers.

    This is the first extension of time requested in connection with the Motion.

    Respectfully submitted

    */s/ Mark S. Sullivan*
    Mark S. Sullivan

MSS/ba

cc:    Robert A. Cohen, Esq. (*via e-mail*)
       Carmine D. Boccuzzi, Esq. (*via e-mail*)

Approved
Thomas P. Griesa
11/8/10

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
250 PARK AVENUE • NEW YORK, NEW YORK 10177-1500
USA   CANADA   EUROPE   ASIA-PACIFIC

4835-7926-4775\1