Barry J. Glickman
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for Non-Party
 *Bank of America, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NML CAPITAL LTD, <br><br> Plaintiff, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | Case Nos. <br> 03 Civ. 8845 (TPG) <br> 05 Civ. 2434 (TPG) <br> 06 Civ. 6466 (TPG) <br> 07 Civ. 1910 (TPG) <br> 07 Civ. 2690 (TPG) <br> 07 Civ. 6563 (TPG) <br> 08 Civ. 2541 (TPG) <br> 08 Civ. 3302 (TPG) <br> 08 Civ. 6978 (TPG) <br><br> **NOTICE OF APPEARANCE** |

TAKE NOTICE, that Non-Party Bank of America, N.A. hereby appears in the above entitled action, and the undersigned has been retained as attorney for said non-party and demands that all papers in this action be served upon the undersigned at the office and address stated below. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
        November 10, 2010

ZEICHNER ELLMAN & KRAUSE LLP

By: _/s/ Barry J. Glickman_
Barry J. Glickman, Esq.
Attorneys for Non-Party
 Bank of America, N.A..
575 Lexington Avenue
New York, New York 10022
(212) 223-0400