DECHERT LLP
Robert A. Cohen
Dennis H. Hranitzky
Michael Z. Goldman
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
(NML@dechert.com)
*Attorneys for Plaintiff*
*NML Capital, Ltd.*

DEBEVOISE & PLIMPTON LLP
David W. Rivkin
John B. Missing
Suzanne M. Grosso
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
(EM@debevoise.com)
*Attorneys for Plaintiff EM Ltd.*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| NML CAPITAL, LTD. | : | 03 Civ. 8845 (TPG) |
| | : | 05 Civ. 2434 (TPG) |
| | : | 06 Civ. 6466 (TPG) |
| Plaintiff, | : | 07 Civ. 1910 (TPG) |
| | : | 07 Civ. 2690 (TPG) |
| v. | : | 07 Civ. 6563 (TPG) |
| | : | 08 Civ. 2541 (TPG) |
| REPUBLIC OF ARGENTINA, | : | 08 Civ. 3302 (TPG) |
| | : | 08 Civ. 6978 (TPG) |
| Defendant. | : | 09 Civ. 1707 (TPG) |
| | : | 09 Civ. 1708 (TPG) |

-------------------------------------------------------x

EM LTD.,                                     :
                                            :
            Plaintiff,                       :
                                            :    03 Civ. 2507 (TPG)
       v.                                    :
                                            :
THE REPUBLIC OF ARGENTINA,                   :
                                            :
            Defendant.                       :
-------------------------------------------------------x


## NOTICE OF CROSS-MOTION TO COMPEL

**PLEASE TAKE NOTICE THAT**, upon the Memorandum of Law in Opposition to Motion to Quash Subpoena Served on Nonparty Jaime Caruana and in Support of Motion to Compel, dated November 19, 2010, and the accompanying Declarations of Alex Cukierman Ph.D., Saverio Lembo, and Dennis Hranitzky, and all prior pleadings and proceedings in these actions, plaintiffs NML Capital, Ltd. and EM Ltd. will move this Court, before the Honorable Thomas P. Griesa, at Courtroom 26B of the United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date to be determined by the Court, for an Order pursuant to Rules 30, 45 and 69 of the Federal Rules of Civil Procedure to compel nonparty Jaime Caruana to comply with the subpoena served on October 7, 2010, and granting such other and further relief as the Court deems appropriate.

Dated: New York, New York
       November 19, 2010

DECHERT LLP

By: _____
    Robert A. Cohen
    Dennis H. Hranitzky
    Michael Z. Goldman
       (robert.cohen@dechert.com)
       (NML@dechert.com)
    1095 Avenue of the Americas
    New York, NY 10036
    (212) 698-3501

*Attorneys for Plaintiff NML Capital, Ltd.*

DEBEVOISE & PLIMPTON

By: _____
    David W. Rivkin
    John B. Missing
    Suzanne M. Grosso
       (dwrivking@debevoise.com)
       (EM@debevoise.com)
    919 Third Avenue
    New York, NY 10022
    (212) 909-6000

*Attorneys for Plaintiff EM Ltd.*