# Dechert LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/10

**MEMO ENDORSED**

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**DENNIS H. HRANITZKY**

dennis.hranitzky@dechert.com
+1 212 641 5647 Direct
+1 212 698 3599 Fax



RECEIVED DEC 02 2010 CHAMBERS JUDGE GRIESA

December 1, 2010

**VIA HAND DELIVERY**

The Honorable Thomas P. Griesa
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *NML Capital, Ltd. v. The Republic of Argentina*, 03 Civ. 8845, 05 Civ. 2434, 06 Civ. 6466, 07 Civ. 1910, 07 Civ. 2690, 07 Civ. 6563, 08 Civ. 2541, 08 Civ. 3302, 08 Civ. 6978, 09 Civ. 1707, 09 Civ. 1708 (TPG); *EM Ltd. v. The Republic of Argentina*, 03 Civ. 2507 (TPG).

We represent NML Capital, Ltd. ("NML") in the above-captioned actions and write on behalf of NML and EM Ltd. ("EM", and together with NML "Plaintiffs"), and nonparties Jaime Caruana and the Bank for International Settlements ("BIS"), to request an adjournment of the schedule for further briefing on Mr. Caruana and the BIS's pending motion to quash, and Plaintiffs' pending cross motion to compel (collectively, the "BIS Motions"). The parties have agreed to the following proposed schedule for further briefing on the BIS Motions:

> December 21, 2010    Mr. Caruana and the BIS's reply in support of motion to quash and opposition to motion to compel
>
> January 14, 2011    Plaintiffs' reply in support of motion to compel

This is the second extension of time requested in connection with the BIS Motions.

If this proposed schedule is acceptable to the Court, we respectfully request that the Court so indicate by endorsing this letter.

Respectfully submitted,

Dennis H. Hranitzky

*Handwritten endorsement:* Briefing schedule suspended until conference. Thomas P. Griesa USDJ 12/10/10

13961531.1

US  Austin  Boston  Charlotte  Hartford  New York  Orange County  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
EUROPE  Brussels  Dublin  London  Luxembourg  Moscow  Munich  Paris  ASIA  Beijing  Hong Kong



Dechert
LLP

The Honorable Thomas P. Griesa
December 1, 2010
Page 2

cc:   Carmine D. Boccuzzi, Esq. (via email)
     David W. Rivkin, Esq. (via email)
     Karen E. Wagner, Esq. (via email)