



**MARK S. SULLIVAN**
(212) 415-9245
sullivan.mark@dorsey.com

November 30, 2010



**VIA OVERNIGHT DELIVERY**

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007-1312

    Re:   *NML Capital, Ltd. v. The Republic of Argentina*, 03 Civ. 8845, 05 Civ. 2434, 06 Civ. 6466, 07 Civ. 1910, 07 Civ. 2690, 07 Civ. 6563, 08 Civ. 2541, 08 Civ. 3302, 08 Civ. 6978, 09 Civ. 1707, 09 Civ. 1708 (TPG)

Dear Judge Griesa:

    We represent non-party Banco de la Nación Argentina ("BNA") and write on behalf of all parties to the above caption actions to request that the Court endorse the revised briefing schedule for the November 1, 2010 Motion to Compel BNA to Produce Documents in Compliance with Subpoena (the "Motion") filed by Plaintiff NML Capital, Ltd:

    December 10, 2010:  BNA's memorandum in opposition to Motion, and any supporting papers;

    January 13, 2011:  Plaintiff's reply memorandum in support of Motion, and any supporting papers.

    The Court previously endorsed a briefing schedule with the respective papers due on December 1 and December 15.  However, logistics issues, including the translation of documents, caused BNA to request the revised schedule, to which all of the parties have consented.

Respectfully submitted,

*Mark S. Sullivan*

Mark S. Sullivan

MSS/tac

cc:    Robert A. Cohen, Esq. (via e-mail)
        Carmine D. Boccuzzi, Esq. (via e-mail)

*[Handwritten endorsement:] Briefing schedule suspended until conference.  Thomas P. Griesa  12/10/10*

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
250 PARK AVENUE • NEW YORK, NEW YORK 10177-1500
USA   CANADA   EUROPE   ASIA-PACIFIC

4845-0772-3016\1