USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

NML CAPITAL, LTD.,

                          Plaintiff,

– against –

THE REPUBLIC OF ARGENTINA,

                          Defendant.

------------------------------------------------x

**OPINION**

03 Civ. 8845 (TPG)
05 Civ. 2434 (TPG)
06 Civ. 6466 (TPG)
07 Civ. 1910 (TPG)
07 Civ. 2690 (TPG)
07 Civ. 6563 (TPG)
08 Civ. 2541 (TPG)
08 Civ. 3302 (TPG)
08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

On May 6, 2011, NML Capital, Ltd. moved for reconsideration of the court's April 22, 2011 opinion.

For the reasons stated on the record at the hearing held on August 30, 2011, the court denies plaintiff's motion.

This opinion resolves the motion listed as document number 435 in case 03 Civ. 8845, as well as the same motion in the related cases.

SO ORDERED.

Dated: New York, New York
        September 2, 2011

Thomas P. Griesa
U.S.D.J.