```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NML CAPITAL, LTD.,

                Plaintiff,

– against –

THE REPUBLIC OF ARGENTINA,

                Defendant.

**OPINION**

03 Civ. 8845 (TPG)
05 Civ. 2434 (TPG)
06 Civ. 6466 (TPG)
07 Civ. 1910 (TPG)
07 Civ. 2690 (TPG)
07 Civ. 6563 (TPG)
08 Civ. 2541 (TPG)
08 Civ. 3302 (TPG)
08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

-------------------------------------------------------x

On May 17, 2010, the Republic of Argentina moved to quash a subpoena dated March 10, 2010 served by NML Capital, Ltd. ("NML") on non-party Bank of America, N.A. On August 9, 2010, NML cross-moved to compel Bank of America to comply with the subpoena.

On November 1, 2010, NML moved to compel non-party Banco de la Nación Argentina ("BNA") to comply with a subpoena dated June 14, 2010 served by NML on BNA.

For the reasons stated on the record at the hearing held on August 30, 2011, the court grants plaintiff's motions to compel Bank of America and BNA to comply with the subpoenas, subject to modifications of details. The court denies the Republic's motion to quash the subpoena served on Bank of America.

This opinion resolves the motions listed as document numbers 306 and

- 2 -

365 in case 03 Civ. 8845, as well as the same motions in the related cases.

    SO ORDERED.

Dated: New York, New York
         September 2, 2011

                                            Thomas P. Griesa
                                            U.S.D.J.