UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
NML CAPITAL, LTD., :
: **OPINION**
: 03 Civ. 8845 (TPG)
Plaintiff, : 05 Civ. 2434 (TPG)
: 06 Civ. 6466 (TPG)
– against – : 07 Civ. 1910 (TPG)
: 07 Civ. 2690 (TPG)
THE REPUBLIC OF ARGENTINA, : 07 Civ. 6563 (TPG)
: 08 Civ. 2541 (TPG)
Defendant. : 08 Civ. 3302 (TPG)
: 08 Civ. 6978 (TPG)
: 09 Civ. 1707 (TPG)
: 09 Civ. 1708 (TPG)
------------------------------------------------x

On May 6, 2011, NML Capital, Ltd. ("NML") moved for reconsideration of the court's April 22, 2011 opinion. The court held a hearing on August 30, 2011, in part to discuss the motion for reconsideration. At that hearing, the court denied the motion.

NML has now moved to <u>vacate</u> the April 22, 2011 opinion. For essentially the same reasons stated at the hearing held on August 30, 2011, the court denies plaintiff's current motion.

This opinion resolves the motion listed as document number 447 in case 03 Civ. 8845, as well as the same motion in the related cases.

SO ORDERED.

Dated: New York, New York
August 14, 2012

/s/ Thomas P. Griesa
Thomas P. Griesa
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2012