UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORDER TO Show Cause

------------------------------------------------------------- x

NML CAPITAL, LTD.

              Plaintiff,

- against -

THE REPUBLIC OF ARGENTINA,

             Defendant.

03 Civ. 8845 (TPG)
05 Civ. 2434 (TPG)
06 Civ. 6466 (TPG)
07 Civ. 1910 (TPG)
07 Civ. 2690 (TPG)
07 Civ. 6563 (TPG)
08 Civ. 2541 (TPG)
08 Civ. 3302 (TPG)
08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

------------------------------------------------------------- x

**UPON READING AND FILING** of the accompanying Declaration of Kevin S. Reed, Esq., sworn to on August 28, 2014, with the exhibits annexed thereto, and upon all of the papers, pleadings, oral arguments, and all prior proceedings in the above-captioned actions,

**LET CITIBANK, N.A. ("CITIBANK") SHOW CAUSE**, before Judge Thomas P. Griesa, Room 26B, at the United States Courthouse located at 500 Pearl Street, New York, New York, 10007, on the 10th day of Sept. 2014 at 2:30 pm, why an Order should not be made and entered:

a) Ordering Citibank to comply fully with the Subpoena Duces Tecum and Ad Testificandum dated August 15, 2014, that was served by Plaintiff NML Capital, Ltd. ("NML") on Citibank, by producing documents three days before argument on Citibank's appeal will be heard and a witness for deposition by September 15, 2014.

b) Granting such other and further relief as this Court may deem just, proper and necessary under the circumstances.

**IT IS HEREBY:**

**ORDERED THAT** e-mail service of this Order to Show Cause, and the papers upon which it is based, upon counsel for Citibank, Davis Polk & Wardwell LLP, 450 Lexington

Avenue, New York, New York, 10017, attention Lindsey Knapp, Esq., at lindsey.knapp@davispolk.com, and upon counsel for Defendant The Republic of Argentina, Cleary, Gottlieb, Steen & Hamilton, One Liberty Plaza, New York, New York, 10006, attention Carmine Boccuzzi, Esq., at cboccuzzi@cgsh.com, shall be deemed good and sufficient service;

**IT IS FURTHER ORDERED THAT** opposing papers, if any, are to be served on counsel for the Plaintiff, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, 22nd Floor, New York, New York, 10010, attention Kevin S. Reed, so as to be received ~~by~~ on the 5th day of Sept. 2014;

**AND IT IS FURTHER ORDERED THAT** reply papers, if any, shall be served upon counsel for Citibank and Defendant, so as to be received no later than 5 p.m. on 8 day of Sept. 2014.

SO ORDERED

_____
Hon. Thomas P. Griesa, U.S.D.J.

August 29, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2014
```