UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

NML CAPITAL, LTD.,

        Plaintiff,

    v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

--------------------------------------------------------x

03 Civ. 8845 (TPG)
05 Civ. 2434 (TPG)
06 Civ. 6466 (TPG)
07 Civ. 1910 (TPG)
07 Civ. 2690 (TPG)
07 Civ. 6563 (TPG)
08 Civ. 2541 (TPG)
08 Civ. 3302 (TPG)
08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

## **DECLARATION OF ROBERT A. COHEN**

Pursuant to 28 U.S.C. § 1746, Robert A. Cohen declares as follows:

1. I am a Partner at Dechert LLP, counsel to Plaintiff NML Capital, Ltd. ("NML") in the above-captioned actions.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

3. I respectfully make this Declaration to put before the Court a document related to NML's Reply in Support of its Motion for Discovery Sanctions.

4. Attached to this Declaration as Exhibit A is a true and correct copy of the 1994 Fiscal Agency Agreement governing the bonds underlying NML's judgments.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2015
      New York, New York

                                                      /s/ Robert A. Cohen
                                                        Robert A. Cohen