

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**ROBERT A. COHEN**

robert.cohen@dechert.com
+1 212 698 3501 Direct
+1 212 314 0001 Fax

October 19, 2015

**BY ECF AND EMAIL**

Honorable Thomas P. Griesa
United States District Court for
 the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *NML Capital, Ltd. v. The Republic of Argentina*, 03-CV-8845 (TPG) and related cases and *Aurelius Capital Partners, LP et ano v. The Republic of Argentina*, 07-CV-2715 (TPG) and related cases

Dear Judge Griesa:

I am counsel to NML Capital, Ltd., and write on behalf plaintiffs in the above-referenced actions to request that Your Honor schedule the hearing on Plaintiffs' "Motion for an Order Deeming That Argentina Has Waived Its Privileges" for October 28, 2015, to follow the currently scheduled hearing on the motions for "pari passu" specific performance filed in these and other related matters. Plaintiffs' waiver motion was filed pursuant to Rule 37, and Local Civil Rule 6.1, and was served on counsel for the Republic of Argentina by hand delivery on October 16, and will thus be fully briefed and ready to be heard on October 28.

Thank you for your consideration of this request.

Respectfully submitted,

Robert A. Cohen

cc: (via email)
    Carmine D. Boccuzzi, Jr., Esq.
    Edward Friedman, Esq.

15761846.1.LITIGATION

US Austin Boston Charlotte Hartford Los Angeles New York Orange County Philadelphia Princeton San Francisco Silicon Valley
Washington DC   EUROPE Brussels Dublin Frankfurt London Luxembourg Moscow Munich Paris   ASIA Beijing Hong Kong