USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| NML CAPITAL, LTD., | 03 Civ. 8845 (TPG) |
| | 05 Civ. 2434 (TPG) |
| | 06 Civ. 6466 (TPG) |
| Plaintiff, | 07 Civ. 1910 (TPG) |
| | 07 Civ. 2690 (TPG) |
| v. | 07 Civ. 6563 (TPG) |
| | 08 Civ. 2541 (TPG) |
| THE REPUBLIC OF ARGENTINA, | 08 Civ. 3302 (TPG) |
| | 08 Civ. 6978 (TPG) |
| Defendant. | 09 Civ. 1707 (TPG) |
| | 09 Civ. 1708 (TPG) |

------------------------------------------------------------x

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

Plaintiffs,

v.                                           07 Civ. 2715  (TPG)
                                             07 Civ. 11327 (TPG)
THE REPUBLIC OF ARGENTINA,

Defendant.

------------------------------------------------------------x

BLUE ANGEL CAPITAL I LLC,

Plaintiff,
                                             07 Civ. 2693 (TPG)
v.                                           10 Civ. 4101 (TPG)
                                             10 Civ. 4782 (TPG)
THE REPUBLIC OF ARGENTINA,

Defendant.

*captions continued on following pages*

------------------------------------------------------------x

```
-------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD.                      :
and ACP MASTER, LTD.,                              :
                                                   :
              Plaintiffs,                          :
                                                   :
                                                   :    09 Civ. 8757 (TPG)
      v.                                           :    09 Civ. 10620 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
              Defendant.                           :
                                                   :
-------------------------------------------------- x
AURELIUS OPPORTUNITIES FUND II, LLC                :
and AURELIUS CAPITAL MASTER, LTD.,                 :
                                                   :
              Plaintiffs,                          :
                                                   :
      v.                                           :    10 Civ. 1602 (TPG)
                                                   :    10 Civ. 3507 (TPG)
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
              Defendant.                           :
                                                   :
-------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and                  :
AURELIUS OPPORTUNITIES FUND II, LLC                :
                                                   :
              Plaintiffs,                          :
                                                   :
      v.                                           :    10 Civ. 3970 (TPG)
                                                   :    10 Civ. 8339 (TPG)
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
              Defendant.                           :
                                                   :
-------------------------------------------------- x
```

## **ORDER**

On October 16, 2015, plaintiffs moved for an order deeming that defendant has waived its privileges. As the parties have now agreed, defendant may respond to plaintiffs' motion no later than 2:00 p.m. on October 30, 2015. The court will hear argument at 11:45 a.m. on November 5, 2015.

SO ORDERED.

Dated: New York, New York
       October 20, 2015

Thomas P. Griesa
United States District Judge